IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **RANDY JERNIGAN,** | : | |
| | : | |
| **Petitioner-Defendant** | : | |
| | : | |
| v. | : | 5:00-CR-3 (WDO) |
| | : | |
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **Respondent** | : | |

## ORDER

This matter is before the Court on Petitioner's motion to be released from custody pending the resolution of his habeas petition. Because the statutes pursuant to which Petitioner was convicted require incarceration, the Motion for Release is DENIED.

**SO ORDERED this 20th day of June, 2006.**

**S/
WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE**