**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| **RANDY JERNIGAN,** : | |
| : | |
| **Petitioner** : | |
| : | |
| v.      : | **5:00-CR-03 (WDO)** |
| : | **5:04-CV-293 (WDO)** |
| **UNITED STATES OF AMERICA,** : | |
| : | |
| **Respondent** : | |

**ORDER**

This matter is before the Court on a motion by the Petitioner which contains, among numerous ambiguous requests, a request for this Court to direct the Magistrate Judge to withdraw the Report and Recommendation and a request to otherwise supervise the Magistrate Judge's handling of the Report and Recommendation procedures.  Having found that the Magistrate Judge has handled this matter pursuant to the Federal Rules of Procedure, has given the Petitioner ample time to file whatever objection or response he so desires and has properly denied Petitioner's request for discovery, the Petition For Writ of Mandamus is DENIED in its entirety.

SO ORDERED this 5th day of September, 2006.


S/
**WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE**