# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| **RANDY JERNIGAN,** | : | |
| | : | |
|   **Petitioner** | : | |
| | : | |
|     v. | : | **5:00-CR-03 (WDO)** |
| | : | **5:04-CV-293 (WDO)** |
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
|   **Respondent** | : | |

## ORDER

Having carefully considered the Magistrate Judge's Report and Recommendation to deny Jernigan's habeas petition, and the objections filed thereto, the Recommendation is ADOPTED and made the order of the Court. The habeas petition is denied. Any other outstanding motions are accordingly dismissed as moot.

**SO ORDERED this 14th day of September, 2006.**


S/
WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE