**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **RANDY JERNIGAN,** | : | |
| | : | |
|   **Petitioner** | : | |
| | : | |
|     v. | : | **5:00-CR-03 (WDO)** |
| | : | **5:04-CV-293 (WDO)** |
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
|   **Respondent** | : | |

**ORDER**

Having carefully considered the issues again in Petitioner Jernigan's motion for a Certificate of Appealability, the Court finds that the Petitioner has *not* made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2). Petitioner's Motion for Certificate of Appealability is hereby DENIED.

    **SO ORDERED this 3rd day of October, 2006.**

    **S/**
    **WILBUR D. OWENS, JR.**
    **UNITED STATES DISTRICT JUDGE**